IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| RAYMOND SANCHEZ ESTATE,<br>Filer,<br>v.<br>UNITED STATES OF AMERICA, *et al.*,<br>Named Non-Filers. | Case No. 26-mc-00346-DKW-KJM<br><br>**ORDER TO SHOW CAUSE** |

On September 21, 2026, Raymond Sanchez (Sanchez), purportedly on behalf of the "Raymond Sanchez Estate", filed a series of seemingly random documents with this Court, followed by further similarly random documents. Dkt. Nos. 1, 4-5. These documents include a "Durable Power of Attorney", which appears to make Sanchez an agent for himself, a "Certificate of Trust", in which Sanchez appears to make himself the trustee and grantor of the "House of Anu Trust of 2024", and a "Gift Bond", in which Sanchez purports to "gift" $500,000,000 to the United States of America. Sanchez also filed a "Civil Cover Sheet", in which he names a number of purported "Defendants", including the United States and the State of Hawaiʻi, and paid a $52 fee to the Court for a purported "miscellaneous" filing. Dkt. Nos. 1, 3.

Upon review, while there are numerous deficiencies with the filings in this case, noticeably missing is a jurisdictional basis for the Court to hear any subject-matter related to the same. Instead, at best, it appears that the Court is simply acting as a repository for Sanchez's documentation, which is **not** an appropriate use of the Court or the "miscellaneous" filing designation. Therefore, **Sanchez is ORDERED TO SHOW CAUSE why this matter should not be dismissed for lack of subject matter jurisdiction.** Put simply, this Court may only hear matters over which it has subject matter jurisdiction. *See Arbaugh v. Y&H Corp.*, 546 U.S. 500, 514 (2006) (explaining that subject matter jurisdiction "involves a court's power to hear a case" and a court has an independent obligation to determine whether such jurisdiction exists) (quotation and citation omitted).

**Sanchez may have until October 28, 2026 to file a response to this Order to Show Cause. Should Sanchez fail to file a timely response, this matter will be dismissed for lack of subject matter jurisdiction.**

The Clerk is instructed to mail a copy of this Order to Show Cause to Sanchez's address of record.

IT IS SO ORDERED.

Dated: October 14, 2026 at Honolulu, Hawai'i.

/s/ Derrick K. Watson

Derrick K. Watson
Chief United States District Judge